No. 98, Misc. GIACONA v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Clyde W. Woody* for petitioner. *Carl E. F. Dally* for respondent.

No. 99, Misc. WILLIAMS v. ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 100, Misc. CHASE v. OKLAHOMA ET AL. Court of Criminal Appeals of Oklahoma. Certiorari denied. ▮▮

No. 102, Misc. THOMPSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 103, Misc. MILLS v. HOLMAN, WARDEN. Supreme Court of Alabama. Certiorari denied.

No. 104, Misc. PITTS v. FAY, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 105, Misc. MARTIN v. NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 106, Misc. SMITH v. NEW YORK. Court of Appeals of New York. Certiorari denied.